

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tanya Moutray,

Vs. No. 11-23-00230-CV

Tyler Moutray,

\* From the 259th District Court
of Jones County,
Trial Court No. 025463.

\* November 9, 2023

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Tanya Moutray.